[No. 17343-0-I.   Division One.   October 12, 1987.]

JAMES S. O'BRIEN, *Appellant*, v. KING COUNTY,
*Respondent*.

Appeal from a judgment of the Superior Court for King

County, No. 85–2–05299–4, Anne L. Ellington, J., entered October 3, 1985. *Reversed* by unpublished opinion per Durham, J. Pro Tem., concurred in by Agid and Revelle, JJ. Pro Tem.